THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

*Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA T. VAQUER,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Case No.: 4:13-cv-04334-~~KAW~~ MMC<br><br>ORDER APPROVING<br><br>**PLAINTIFF SYLVIA T. VAQUER AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STIPULATION FOR DISMISSAL** |

Plaintiff Sylvia T. Vaquer ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") (collectively, the "Parties") file this Joint Stipulation for Dismissal With Prejudice and in support hereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Defendant Equifax to be determined by this Court.  Plaintiff hereby stipulates that all claims or causes of action against Defendant Equifax which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice with court costs to be paid the party incurring same.

WHEREFORE, the Parties respectfully request that this stipulation be granted.

Dated: December 31, 2013         ANDERSON, OGILVIE & BREWER LLP

 /s/ *Mark F. Anderson*
Attorneys for Sylvia T. Vaquer

Dated: December 31, 2013         NOKES & QUINN, PC

/s/ *Thomas P. Quinn, Jr.*
THOMAS P. QUINN, JR.
Attorneys for Equifax Information Services LLC

Dated: January 2, 2014

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA